# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ALBERT MEDINA,<br><br>　　　　Petitioner,<br><br>vs.<br><br>BRIAN E. WILLIAMS, SR., et al.,<br><br>　　　　Respondents. | Case No. 2:09-CV-01331-GMN-(GWF)<br><br>**ORDER** |

　　　　Petitioner has submitted a second amended petition (#30). The court has reviewed it pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and respondents will need to respond to it.

　　　　IT IS THEREFORE ORDERED that respondents shall have forty-five (45) days from the date on which this order is entered to answer, or otherwise plead to, the second amended petition (#30). If respondents file and serve an answer, then they shall comply with Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts, and then petitioner shall have forty-five (45) days from the date on which the answer is served to file a reply.

　　　　DATED this __18th__ day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　GLORIA M. NAVARRO
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge