# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALBERT MEDINA,

    Petitioner,

vs.

BRIAN E. WILLIAMS, SR., et al.,

    Respondents.

Case No. 2:09-CV-01331-GMN-(GWF)

**ORDER**

    Petitioner having filed a motion for an enlargement of time in which to file a reply to respondent's answer (first request) (#44), and good cause appearing;

    IT IS THEREFORE ORDERED that petitioner's motion for an enlargement of time in which to file a reply to respondent's answer (first request) (#44) is **GRANTED**.  Petitioner shall have through July 15, 2011, to file reply to the answer (#43).

    DATED this 17th day of June, 2011.

                                                           Gloria M. Navarro
                                                           United States District Judge